■ In the Matter of JOURDAN S., a Person Alleged to be a Juvenile Delinquent, Appellant. [19 NYS3d 417]—Order of disposition, Family Court, New York County (Mary E. Bednar, J.), entered March 28, 2014, which adjudicated appellant a juvenile delinquent upon a fact-finding determination that he committed an act that, if committed by an adult, would constitute the crime of criminal facilitation in the fourth degree, and placed him on probation for a period of one year, unanimously affirmed, without costs.

The court's finding was supported by legally sufficient evidence and was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342 [2007]). There is no basis in the record to disturb the court's credibility determinations. The evidence refuted appellant's claim of being merely present while others engaged in criminal activity.

Probation was the least restrictive dispositional alternative consistent with appellant's needs and the community's need for protection (*see Matter of Katherine W.*, 62 NY2d 947 [1984]), given, among other things, the seriousness of the offense, which involved the threatened use of a firearm by an accomplice. Concur—Acosta, J.P., Saxe, Richter, Gische and Kapnick, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID SANTANA, Appellant. [19 NYS3d 417]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Thomas Farber, J.), rendered on or about June 25, 2013, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur— Acosta, J.P., Saxe, Richter, Gische and Kapnick, JJ.